1  HEATHER E. WILLIAMS, CA SBN #122664
   Federal Defender
2  HOPE ALLEY, CA SBN #314109
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA 93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorney for Defendant
   CHANDLER WATSON
7

8  IN THE UNITED STATES DISTRICT COURT

9  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | Case No. 6:17-po-00135
12 | Plaintiff, | **MOTION TO DISMISS; ORDER**
13 | vs. |
14 | CHANDLER WATSON, |
15 | Defendant. |

16

17  Defendant Chandler Watson hereby files this motion to dismiss pursuant to 18 U.S.C.

18  § 3607(a). The Government does not oppose this request.

19  On April 18, 2017, Mr. Watson pleaded guilty to possession of a controlled substance in

20  violation of 36 C.F.R. § 2.35(b)(2). Pursuant to the agreement of the parties, the Court granted

21  Mr. Watson a deferred entry of judgment under 18 U.S.C. § 3607(a). On March 13, 2018, the

22  Court vacated Mr. Watson's review hearing because he had fully complied with the terms of his

23  probation. Mr. Watson's probation expired on April 18, 2018.

24  Under 18 U.S.C. § 3607(a), "[a]t the expiration of the term of probation, if the person has

25  not violated a condition of his probation, the court shall, without entering a judgment of

26  conviction, dismiss the proceedings against the person and discharge him from probation." 18

27  U.S.C. § 3607(a). Here, Mr. Watson's term of probation has expired, and he did not violate any

28  condition of his probation. Accordingly, Mr. Watson requests that the Court, without entering a

judgment of conviction, dismiss the proceedings.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: September 7, 2018

/s/ Hope Alley
HOPE ALLEY
Assistant Federal Defender
Attorney for Defendant
CHANDLER WATSON

**O R D E R**

Pursuant to 18 U.S.C. § 3607(a), the court hereby dismisses the proceedings against Mr. Watson in *United States v. Watson*, Case No. 6:17-po-00135.

DATED: 9/7/18

United States Magistrate Judge